LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, CA 94104
Telephone: 415-646-7160
Facsimile: 415-981-1270

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MASTERSON,<br><br>Plaintiff,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., ELI LILLY AND COMPANY, JOHNSON & JOHNSONCOMPANY, AND JANSSEN PHARMACEUTICA PRODUCTS, L.P. A/K/A JANSSEN, L.P., A/K/A JANSSEN PHARMACEUTICA, L.P., A/K/A JANSSEN PHARMACEUTICA, INC.<br><br>Defendants. | CASE NO. C 06 0657 JSW<br><br>Before the Honorable Jeffrey S. White<br><br>[PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Conference Date: May 12, 2006<br>Conference Time: 1:30 p.m.<br>Location: Courtroom 2, 17th Floor<br>           San Francisco |

      For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the May 12, 2006 Case Management Conference ("CMC") to October 13, 2006, at 1:30 p.m. In the event the case is not transferred as part of the MDL No. 1769 – *In re Seroquel Products Liability Litigation* and/or as part of MDL No. 1596 – *In re*

- 3 -    [PROPOSED] ORDER

*Zyprexa Liability Litigation,* far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7 calendar days before the CMC, pursuant to this Court's Standing Order. Plaintiff is HEREBY ORDERED to serve Defendants within 120 days of the date of this Order.

**IT IS SO ORDERED.**

DATED: _____May 3, 206_____

_____
Honorable Jeffrey S. White
United States District Court Judge

by Honorable Martin J. Jenkins