1  Stephen Shaiken, Esq. CA Bar. No 90915
   LAW OFFICES OF STEPHEN SHAIKEN
2  170 Columbus Avenue, Suite 100
   San Francisco, CA 94133
3  Telephone: (415) 248-1012  Fax: (415) 248-0019

4  Marcia Silver, Esq. CA Bar No. 133975
   15 Boardman Place, 2d Floor
5  San Francisco, CA 94103
   Telephone: (415) 553-8665 Fax: (415) 864-3389
6

7  Attorneys for Defendant
   Alexander Bassignani
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12 United States of America,           )   Case No. CR 06-0657
                        Plaintiff,     )
13      vs                             )
                                       )   STIPULATION REQUESTING ORDER
14                                     )   MODIFYING CONDITIONS OF
                                       )   PRETRIAL RELEASE AND
15 Alexander Bassignani,               )   [~~PROPOSED~~] ORDER
                        Defendant      )
16 _____ )

17

18      Counsel for defendant Alexander Bassignani and for the United States stipulate as

19 follows:

20      1)   Defendant is currently on pretrial release. He is the father of a 10 year old daughter. One

21           of the conditions of his pretrial release is that he not have contact with his daughter

22           unless another adult is present.

23      2)   Defendant respectfully requests that the Court modify his conditions of release to allow

24           him to have contact with his daughter without also having another adult present.

25      3)   The United States has no objection to altering defendant's conditions of release to allow

26           defendant to have unsupervised contact with his daughter.

27      4)   Counsel for defendant represents that he has spoken with United States Pretrial Services

28           Officer Richard Sarlatte, who has told him that Pretrial Services has no objection to

1  modifying defendant's release conditions in order to allow for unsupervised contact with
2  his daughter.

**IT IS SO STIPULATED**

Date: September 20, 2007

Stephen Shaiken, Esq.

Date: September 20, 2007

Andrew Caputo, AUSA

**ORDER**

The Court hereby vacates the condition of pretrial release barring defendant from having unsupervised contact with his daughter and replaces it with the following condition:

"Defendant shall have no contact with a minor, except for with his daughter."

**IT IS SO ORDERED**

Dated: September 25, 2007

Honorable Joseph C. Spero,
U.S. Magistrate Judge

2